## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR506 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BRODY B. LOFTIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for an order appointing counsel filed by defense counsel, Mary C. Gryva (Filing No. 34). Attached to the motion is a completed financial affidavit.

IT IS ORDERED:

1. The motion for an order appointing counsel filed by defense counsel, Mary C. Gryva (Filing No. 34) is granted;

2. Mary C. Gryva is appointed to represent the above-named defendant in this matter.

3. Counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, the Defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by the Defendant.

4. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 4th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge